# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Kenneth Louis Reid,

       Petitioner,                          JUDGMENT IN A CIVIL CASE

vs.                                                   3:08cv409

United States of America,

       Respondent.

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/3/2009 Order.

                                                    Signed: March 3, 2009

                                                    Frank G. Johns, Clerk
                                                    United States District Court